**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

MARK HENGEMUHLE
SR. DEPUTY CHIEF PROBATION OFFICER

THOMAS C. MILLER
DEPUTY CHIEF PROBATION OFFICER

September 17, 2012

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1005
NEWARK, NJ 07101-0459
(973) 645-4240
FAX: (973) 645-3173

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

Re:   ALBANESE, Anthony
      Dkt. No. 07-00138-01
      **Non-Compliant Behavior**
      **Written Reprimand Recommended**

Dear Judge Chesler:

On December 19, 2007, Anthony Albanese was sentenced by Your Honor to 36 months incarceration followed by a three-year-term of supervised release for the offense of Distribution of Oxycodone. The offender was ordered to pay a special assessment of $100 and abide by the following conditions: drug treatment and/or urinalysis; mental health treatment; financial disclosure; and DNA testing.

As detailed in the attached petition, Albanese is in non-compliance with the conditions of his probation. We respectfully request that Your Honor sign the enclosed Probation Form 12A and allow our office to present it to Albanese as a formal written reprimand issued under the authority of the Court. If Your Honor requests an alternative course of action, please contact the undersigned officer at 973-445-8526.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Suzanne J. Golda
    U.S. Probation Officer

/sjg
Attachment

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Albanese                               Cr.:07-00138-01

Name of Original Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 12/19/07

Original Offense: Distribution of Oxycodone

Original Sentence: 36 months incarceration, 36 months probation; $100 special assessment fee; drug testing/treatment; mental health treatment; financial disclosure; and DNA testing

Type of Supervision: Supervised Release            Date Supervision Commenced: 12/14/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states, 'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.' |
| | On August 27, 2012, the offender submitted a urine sample which tested positive for marijuana. The offender signed an admission form indicating he used the substance on August 24, 2012. |

U.S. Probation Officer Action:

The Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. Our office is requesting an opportunity to work with the offender and monitor his progress as he was recently referred to Narcotics Anonymous meetings and given a Life Skills Substance Abuse workbook to complete.

Respectfully submitted,

*Suzanne Golda/lc*

By: Suzanne J. Golda
    U.S. Probation Officer
Date: 09/14/12

PROB 12A - Page 2
Anthony Albanese

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✗] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

_____
Signature of Judicial Officer

9/12/12
_____
Date